[No. 16067-0-III.    Division Three.    February 3, 1998.]

MARK A. LOLKUS, ET AL., *Petitioners*, v. JAPAN AIR LINES, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 95-2-00114-5, Evan E. Sperline, J., entered September 6, 1996. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 16398-9-III.    Division Three.    February 3, 1998.]

SUSAN WYATT, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-02457-7, Kenneth H. Kato, J., entered January 14, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 14911-1-III.    Division Three.    February 5, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMAN S. EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 94-1-00091-0, John M. Lyden, J., entered April 12, 1995. *Reversed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 15911-6-III.    Division Three.    February 5, 1998.]

EVERETT L. RUSE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-02312-1, Kenneth H. Kato, J., entered June 27, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ. Now published at 90 Wn. App. 448.